## Gus WILCOXSON v. STATE.
### No. 14818.

Court of Criminal Appeals of Texas.
Oct. 14, 1931.

Wallace Hughston, of McKinney, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

Theft over $50 is the offense; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.